AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

PHILIP PULVER and CATALOGS ONLINE, INC., a Washington corporation,

                v.

BATTELLE MEMORIAL INSTITUTE, a non-profit corporation d/b/a PACIFIC NORTHWEST NATIONAL LABORATORY; and JOHN DOE 1 THROUGH JOHN DOE XX

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-5028-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendants and against Plaintiffs on all Plaintiffs' cause of actions.

August 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer