UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PHILIP PULVER, and Catalogs OnLine, Inc., a Washington corporation,

    Plaintiffs,

v.

BATTELLE MEMORIAL INSTITUTE, *et al.*,

    Defendants.

NO. CV-05-5028-RHW

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER**

Before the Court are Plaintiffs' Motions to Reconsider and Expedite (Ct. Recs. 362 and 366). The Court finds that the motion fails to present any new evidence, identify a change in controlling law, or identify any clear error in this Court's entry of judgment. As such, Plaintiffs' motion fails to satisfy any of the factors necessary for reconsideration as set forth in the case law. *See, e.g., Nunes v. Ashcroft,* 375 F.3d 805, 808 (9th Cir. 2004). Moreover, the Court notes that the order Plaintiff asks the Court to reconsider is currently on appeal.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motions to Reconsider and Expedite (Ct. Recs. 362 and 366) are **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to Plaintiff and defense counsel.

**DATED** this 28th day of December, 2010.

    *s/Robert H. Whaley*
    ROBERT H. WHALEY
    United States District Judge

Q:\CIVIL\2005\Pulver\denyreconsider.ord.wpd

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER** * 1